**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Tennessee__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Hitson Cabinet Designs, Inc

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Hitson Property Holdings, Inc

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   1748 Gunbarrel Rd #100
   Number   Street

   _____

   Chattanooga            TN    37421
   City                   State  ZIP Code

   Hamilton
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   296 Fields Dr
   Number   Street

   _____

   Rock Spring           GA    30739
   City                  State  ZIP Code

Debtor  **Hitson Cabinet Designs, Inc**    Case number (*if known*)_____
　　　　　Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | https://hitcab.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____  Date filed _____  Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____  Date filed _____  Case number, if known _____ |
| | | MM / DD / YYYY |

### Part 3:  Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Hitson Cabinet Designs, Inc                                    Case number (*if known*)_____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bryan Denton | breach of contract | $ 54,960.00 |
| Allison Honeycutt | breach of contract | $ 32,782.50 |
| Robert Wood | breach of contract | $ 64,000.00 |
| | Total of petitioners' claims | $ 151,742.50 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Bryan Denton
Name

945 Brooke Stone Dr
Number    Street

Soddy Daisy          TN          37379
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/14/2023
              MM / DD / YYYY

✗   s/Bryan Denton
Signature of petitioner or representative, including representative's title

### Attorneys

Kimberly Cambron
Printed name

CHATTANOOGA LEGAL GROUP, PC
Firm name, if any

201 Frazier Ave, Ste F
Number    Street

Chattanooga          TN          37405
City                 State       ZIP Code

Contact phone  423-994-3389   Email kim@chattanoogalegalgroup.com

Bar number   MI70317

State   MI

✗   s/Kimberly Cambron
Signature of attorney

Date signed   04/14/2023
              MM / DD / YYYY

Debtor  **Hitson Cabinet Designs, Inc**
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Allison Honeycutt
Name

3412 Garretts Chapel Rd
Number   Street

Chickamauga       GA       30707
City              State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2023
             MM / DD / YYYY

✗ s/Allison Honeycutt
Signature of petitioner or representative, including representative's title

---

Kimberly Cambron
Printed name

CHATTANOOGA LEGAL GROUP, PC
Firm name, if any

201 Frazier Ave, Ste F
Number   Street

Chattanooga       TN       37405
City              State    ZIP Code

Contact phone  423-994-3389   Email  kim@chattanoogalegalgroup.com

Bar number  MI70317

State  MI

✗ s/Kimberly Cambron
Signature of attorney

Date signed  04/14/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Robert Wood
Name

325 Look Out View
Number   Street

Jasper Highlands       TN       37380
City                   State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2023
             MM / DD / YYYY

✗ s/Robert Wood
Signature of petitioner or representative, including representative's title

---

Kimberly Cambron
Printed name

CHATTANOOGA LEGAL GROUP, PC
Firm name, if any

201 Frazier Ave, Ste F
Number   Street

Chattanooga       TN       37405
City              State    ZIP Code

Contact phone  423-994-3389   Email  kim@chattanoogalegalgroup.com

Bar number  MI70317

State  MI

✗ s/Kimberly Cambron
Signature of attorney

Date signed  04/14/2023
             MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4